ENTERED
CLERK, U.S. DISTRICT COURT
JAN 28 2004
CENTRAL DISTRICT OF CALIFORNIA

SEND

**United States District Court**
**Central District of California**

UNITED STATES OF AMERICA vs. | Docket No. CR 02-313-MMM

| | | | |
|---|---|---|---|
| Defendant | REED E. SLATKIN T/N REED ELIOT SLATKIN | Social Security No. | 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 |
| Residence Address | Metropolitan Detention Center | Mailing Address | 904 Skyline Drive |
| | 535 N. Alameda Street | | Santa Barbara, CA 93108 |
| | Los Angeles, CA 90012 | | (805) 565-2065 |

## JUDGMENT AND PROBATION/COMMITMENT ORDER

In the presence of the attorney for the government, the defendant appeared in person on this date.

| MONTH | DAY | YEAR |
|---|---|---|
| SEP. | 2 | 2003 |

**COUNSEL** ☐ **WITH COUNSEL** BRIAN SUN, RTN & FRED FREIDMAN, RTN
(Name of Counsel)

**PLEA** ☒ **GUILTY**, and the court being satisfied that there is a factual basis for the plea. ☐ **NOLO CONTENDERE** ☐ **NOT GUILTY**

**FINDING** There being a finding/verdict of ☐ **GUILTY**, defendant has been convicted as charged of the offense(s) of:

**OFFENSE** 18 USC 1341, 2: Mail Fraud, Aiding and Abetting and Causing an Act to be Done (Counts 1-5) (Class D Felonies) 18 USC 1343, 2: Wire Fraud, Aiding and Abetting and Causing an Act to be Done (Counts 6-8) (Class D Felonies); 18 USC 1957(a): Money Laundering, Aiding and Abetting and Causing an Act to be Done (Counts 9-14), (Class C Felonies) 18 USC 371; 1505. Conspiracy to Obstruct Pending Proceeding before SEC (Count 15), (Class D Felony)

**JUDGMENT & PROB/ COMM ORDER** The Court asked whether defendant had anything to say why judgment should not be pronounced. Because no sufficient cause to the contrary was shown, or appeared to the Court, the Court adjudged the defendant guilty as charged and convicted and ordered that:

It is ordered that the defendant shall pay to the United States a special assessment of $1,500, which is due immediately.

It is ordered that the defendant shall pay restitution in the total amount of $240,295,910 pursuant to 18 USC 3663A.

Restitution shall be paid in full immediately.

The amount of restitution ordered shall be paid as set forth on the list attached to this judgment. If the defendant makes a partial payment, each payee shall receive approximately proportional payment unless another priority order or percentage payment is specified in this judgment.

The defendant shall comply with General Order No. 01-05.

Pursuant to Section 5E1.2(e) of the Guidelines, all fines are waived as it is found that the defendant does not have the ability to pay a fine in addition to restitution.

Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, Reed E. Slatkin, is hereby committed on Counts 1 through 15 of the Indictment to the custody of the Bureau of Prisons to be imprisoned for a term of 168 months.

This term consists of 60 months on each of Counts 1 through 8, and 15 of the Indictment; 120 months on each of Counts 9 through 13 of the Indictment; and 48 months on Count 14 of the Indictment. Counts 1 through 8, and 15 shall be concurrent with each other and concurrent with Counts 9 through 14. Counts 9 through 13 shall be concurrent with each other. Count 14 shall be consecutive to the sentences imposed on Counts 1 through 8, 15, and 9 through 13.

Upon release from imprisonment, the defendant shall be placed on supervised release for a term of three years under the following terms and conditions:

49

USA vs. REED E. SLATKIN
T/N Reed Elliot Slatkin

Docket No.: CR 02-313-MMM

This term consists of three years on each of Counts 1 through 15, all such terms to run concurrently.

1. The defendant shall comply with the rules and regulations of the U. S. Probation Office and General Order 318;

2. The defendant shall participate in outpatient substance abuse treatment and submit to drug and alcohol testing, as instructed by the Probation Officer. The defendant shall abstain from using illicit drugs, using alcohol, and abusing prescription medications during the period of supervision;

3. As directed by the Probation Officer, the defendant shall pay all or part of the costs for defendant's drug treatment to the aftercare contractor during the period of community supervision, pursuant to 18 USC 3672. The defendant shall provide payment and proof of payment as directed by the Probation Officer;

4. During the period of community supervision the defendant shall pay the special assessment and restitution in accordance with this judgment's orders pertaining to such payment;

5. The defendant shall perform 1000 hours of community service, as directed by the Probation Officer;

6. The defendant shall not be employed wherein he has custody, control or management of other persons' funds, or in any capacity wherein he has custody, control or management of his employer's funds; and

7. The defendant shall not be employed in any position that requires licensing and/or certification by any local, state or federal agency without prior approval of the Probation Officer.

The Court recommends that the defendant be considered by the Bureau of Prisons for a drug treatment program if the Bureau of Prisons determines that such treatment is justified on the basis of its own screening of the defendant.

The Court further recommends placement in a facility located in Southern California.

In addition to the special conditions of supervision imposed above, it is hereby ordered that the Standard Conditions of Probation and Supervised Release within this judgment be imposed. The Court may change the conditions of supervision, reduce or extend the period of supervision, and at any time during the supervision period or within the maximum period permitted by law, may issue a warrant and revoke supervision for a violation occurring during the supervision period.

☐This is a direct commitment to the Bureau of Prisons, and the Court has NO OBJECTION should the Bureau of Prisons designate defendant to a Community Corrections Center.

Signed by: U. S. District Judge

Margaret M. Morrow
HONORABLE MARGARET M. MORROW

DATED: 1-20-04

It is ordered that the Clerk deliver a copy of this Judgment and Probation/Commitment Order to the U.S. Marshal or other qualified officer.

Sherri R. Carter, Clerk

Filed Date: 1-22-04

By [signature]
Anel Huerta, Deputy Clerk

USA vs. REED E. SLATKIN Docket No.: CR 02-313-MMM
T/N Reed Elliot Slatkin

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall comply with the additional conditions on the attached page(s) pursuant to General Orders 318 and 01-05.

## STATUTORY PROVISIONS PERTAINING TO PAYMENT AND COLLECTION OF FINANCIAL SANCTIONS

The defendant shall pay interest on a fine or restitution of more than $2,500, unless the court waives interest or unless the fine or restitution is paid in full before the fifteenth (15th) day after the date of the judgment pursuant to 18 U.S.C. §3612(f)(1). Payments may be subject to penalties for default and delinquency pursuant to 18 U.S.C. §3612(g). Interest and penalties pertaining to restitution, however, are not applicable for offenses completed prior to April 24, 1996.

If all or any portion of a fine or restitution ordered remains unpaid after the termination of supervision, the defendant shall pay the balance as directed by the United States Attorney's Office. 18 U.S.C. §3613.

The defendant shall notify the United States Attorney within thirty (30) days of any change in the defendant's mailing address or residence until all fines, restitution, costs, and special assessments are paid in full. 18 U.S.C. §3612(b)(1)(F).

The defendant shall notify the Court through the Probation Office, and notify the United States Attorney of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay a fine or restitution, as required by 18 U.S.C. §3664(k). The Court may also accept such notification from the government or the victim, and may, on its own motion or that of a party or the victim, adjust the manner of payment of a fine or restitution-pursuant to 18 U.S.C. §3664(k). See also 18 U.S.C. §3572(d)(3) and for probation 18 U.S.C. §3563(a)(7).

Payments shall be applied in the following order:

1. Special assessments pursuant to 18 U.S.C. §3013;
2. Restitution, in this sequence:
   Private victims (individual and corporate),
   Providers of compensation to private victims,
   The United States as victim;
3. Fine;
4. Community restitution, pursuant to 18 U.S.C. §3663(c); and
5. Other penalties and costs.

## SPECIAL CONDITIONS FOR PROBATION AND SUPERVISED RELEASE

As directed by the Probation Officer, the defendant shall provide to the Probation Officer: (1) a signed release authorizing credit report inquiries; (2) federal and state income tax returns or a signed release authorizing their disclosure and (3) an accurate financial statement, with supporting documentation as to all assets, income and expenses of the defendant. In addition, the defendant shall not apply for any loan or open any line of credit without prior approval of the Probation Officer.

The defendant shall maintain one personal checking account. All of defendant's income, "monetary gains," or other pecuniary proceeds shall be deposited into this account, which shall be used for payment of all personal expenses. Records of all other bank accounts, including any business accounts, shall be disclosed to the Probation Officer upon request.

The defendant shall not transfer, sell, give away, or otherwise convey any asset with a fair market value in excess of $500 without approval of the Probation Officer until all financial obligations imposed by the Court have been satisfied in full.

USA vs. REED E. SLATKIN
T/N Reed Elliot Slatkin

Docket No.: CR 02-313-MMM

## STANDARD CONDITIONS OF PROBATION AND SUPERVISED RELEASE

While the defendant is on probation or supervised release pursuant to this judgment:

1. The defendant shall not commit another Federal, state or local crime;
2. the defendant shall not leave the judicial district without the written permission of the court or probation officer;
3. the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;
4. the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
5. the defendant shall support his or her dependants and meet other family responsibilities;
6. the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
7. the defendant shall notify the probation officer within 72 hours of any change in residence or employment;
8. the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;
9. the defendant shall not frequent places where controlled substances are illegally sold, used, distributed or administered;
10. the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
11. the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;
12. the defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer;
13. the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
14. as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to conform the defendant's compliance with such notification requirement;
15. the defendant shall not possess a firearm or other dangerous weapon;
16. the defendant shall, upon release from any period of custody, report to the probation officer within 72 hours.

These conditions are in addition to any other conditions imposed by this judgment.

## RETURN

I have executed the within Judgment and Commitment as follows:

Defendant delivered on ____________________ to ____________________

Defendant noted on appeal on ____________________

Defendant released on ____________________

Mandate issued on ____________________

Defendant's appeal determined on ____________________

Defendant delivered on ____________________ to ____________________

at ____________________

the institution designated by the Bureau of Prisons, with a certified copy of the within Judgment and Commitment.

United States Marshal

By ____________________

Date

Deputy Marshal

## CERTIFICATE

I hereby attest and certify this date that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

Clerk, U.S. District Court

By ____________________

Filed Date

Deputy Clerk

SCANNED

# *VICTIM LIST OF INDIVIDUALS*

*Case Name:* *SLATKIN, Reed E.*

*Docket No.:* *01-11549*

*Date:* *April 24, 2003*

| *Victim Name/Address* | *Amount* |
|---|---|
| ABBOTT, GEORGE | $11,922,980.96 |
| ABBOTT, GREGORY B. | 7,200,575.00 |
| ABBOTT, JANIS | 4,426,401.12 |
| ABBOTT, MARCIA | 970,000.00 |
| ADINI FAMILY FOUNDATION | 221,000.00 |
| ALEVIZOS, PETER & NANCY | 135,000.00 |
| ALEVIZOS, PETER (IRA) | 178,487.20 |
| ALEVIZOS, PETER (NICOLE) | 26,467.88 |
| ALLEN, JANE | 7,800.00 |
| ALVET, PEETER & NANCY TURNER | 30,000.00 |
| ANDERSON, LOUISE | 105,250.00 |
| ANDERSON, MARLIN & JOYCE | 50,000.00 |
| ANDERSON, RONALD & SUSAN | 80,000.00 |
| ARCHER, GLENYS L. (IRA) | 27,600.00 |
| ASTER CORP RETIREMENT TRUST | 943,014.20 |
| ATKINSON-BAKER INC. | 100,000.00 |
| ATKINSON-BAKER, ALAN & SHIELA | 700,000.00 |
| AZEEZ GRANDCHILDREN PARTNERSHIP | 240,000.00 |

SCANNED

| | |
|---|---|
| AZEEZ, ANNE | 3,433,998.50 |
| AZEEZ, MICHAEL | 20,603,998.50 |
| AZEEZ, SIDNEY (AZEEZ FOUNDATION) | 230,000.00 |
| AZEEZ, SIDNEY (BETTY SHAPIRO TRUST) | 877,076.63 |
| AZEEZ, SIDNEY (FBO SUSAN VANDERMERWE) | 623,000.00 |
| AZEEZ, SIDNEY (SAZEEZ LP) | 12,330,599.00 |
| AZEEZ, SIDNEY (THOMAS DIMAGGIO TRUST) | 75,180.00 |
| BAILEY-KING, JANET | 66,000.00 |
| BARTON, RAYMOND & PAMELA | 50,000.00 |
| BEAM, JACK (IRA) | 345,795.41 |
| BEAM, RENEE E. | 375,000.00 |
| BEAUVAIS, PHILIPINE | 199,264.02 |
| BERGER, BRUCE & JOANNE | 33,738.92 |
| BERMAN, MICHAEL | 22,500.00 |
| BERNSTEIN, BRADFORD | 130,000.00 |
| BERNSTEIN, LILLIAN (IRA) | 64,703.00 |
| BESIO, STEVE (IRA) | 121,076.00 |
| BESSERMAN, ALYSE | 80,862.00 |
| BESSERMAN, LEANNE & LINDA | 50,000.00 |
| BESSERMAN, MATTHEW | 97,931.00 |
| BESSERMAN, RUTH | 140,000.00 |
| BESSERMAN, STEVE & LINDA | 2,343,000.00 |
| BETES, GONZALO | 9,000.00 |
| BETTY, CHARLES & KATHY | 320,000.00 |
| BLAUT, JAY | 900,000.00 |
| BLYTHE, JOAN HEIGES | 95,000.00 |

| | |
|---|---|
| BOROM, CHARLES E. & LANNA | 488,342.01 |
| BOROM, LINDEMAN, BOROM | 100,000.00 |
| BRADY, GERALD T. | 35,000.00 |
| BRAND/PHELAN FAMILY TRUST | 1,697,813.30 |
| BRENER, LEON | 624,965.00 |
| BRENNER, BARRY MD & JANE | 1,016,142.00 |
| BREWER, JAMES T. (IRA) | 530,608.42 |
| BRICKOWSKI, FRANK | 1,100,000.00 |
| BRUMLEY FAMILY PARTNERSHIP | 50,000.00 |
| BULGER, HAMISH & SHELIA | 44,955.00 |
| CALABRESE, GAIL S. | 228,000.00 |
| CARBERRY, MARK (IAN) | 27,163.00 |
| CARROLL, GEORGE W (IRREVOCABLE TRUST) | 90,753.11 |
| CARROLL, GEORGE W. | 100,000.00 |
| CASTELLAW, GERALD & NANCY | 150,000.00 |
| CHAIT, ISADORE & MARY ANN | 750,000.00 |
| CHRISTENSEN, JAMES & JOANNE (IRA) | 387,812.53 |
| CHROMOY, JESSICA ROCKWELL | 4,200.00 |
| CLINE, DORTHY J. | 160,000.00 |
| CLOUDEN, PATRICK | 508,000.00 |
| CLUBBE, JOHN | 95,034.97 |
| COCHRANE, JOHN | 147,000.00 |
| COHEN, JOSEPH & RONNIE | 16,579.83 |
| COLE, ROSSER (IRA) | 56,223.00 |
| COLLBRAN, STEVEN & CHRISTINE | 255,000.00 |
| COOPER, DR. HELAINE A. | 31,000.00 |

SCANNED

| | |
|---|---|
| COYLE, BRIAN | 162,500.00 |
| COYLE, KAREN | 162,500.00 |
| COYLE, KAREN (SAM SUMMERS ESTATE) | 50,000.00 |
| CULLODEN, CHARLES & SALLY | 50,000.00 |
| CULLODEN, CHARLES & SALLY (IRA) | 92,052.28 |
| CURTIS, DAN & DANUTA JACKSON | 3,608.63 |
| CURTIS, DAVID & PATRICIA | 50,000.00 |
| D'AMOUR, MICHAEL & ATSUKO (FAMILY TRUST) | 122,500.00 |
| DARFUS, HELEN DAWN | 75,000.00 |
| DAYTON, SKY | 1,610,000.00 |
| DEGRAMONT, GUY & PATRICIA | 260,000.00 |
| DESALVO, ANNE | 100,000.00 |
| DEWEY, BARBARA (CHARITABLE TRUST) | 892,972.78 |
| DIRMANN, JAMES R. | 62,217.78 |
| DIRMANN, JAMES R. (EMPLOYEE PROFIT SHARE) | 235,218.15 |
| DIRMANN, JAMES R. (IRA) | 131,834.79 |
| DIRMANN, JAMES R. (PENSION) | 286,964.33 |
| DIRMANN, MARGARET J. | 60,500.00 |
| DIRMANN, MARGARET J. (IRA) | 89,589.68 |
| DJIJI, GIGI & PAULINE | 50,000.00 |
| DORSETT, ELLEN M. | 28,168.29 |
| DORSETT, KENDAL L. (IRA) | 791,832.77 |
| DOUILLARD, JOHN | 150,000.00 |
| DOWNEY, LISA TTEE (J DOWNEY III TRUST) | 100,000.00 |
| DOYLE, KATHLEEN | 28,075.00 |
| DUMAS, FELICIA (DUMAS FAMILY TRUST) | 8,433.00 |

SCANNED

| | |
|---|---|
| DYAS, GERALD & MARY | 404,000.00 |
| ECKELBERRY, ALEXANDER TTEE (RENEE DUKE ECKELBERRY TST) | 50,000.00 |
| EICKHOFF, WILLIAM & ROSE MARIE | 59,700.00 |
| EMERY, PAT | 30,000.00 |
| FELTON, ANTHONY | 25,000.00 |
| FERRY, RICHARD & LYNN | 100,000.00 |
| FIRMAN, JAMES WILLIAM (IRA) | 109,500.60 |
| FISHER, JAMIE KIMBERLY | 60,000.00 |
| FISHER, SHANNA (TRUST) | 28,259.78 |
| FLYNN, CHARLES (OPS CENTER TECH) | 150,000.00 |
| FORER, HASSIA (BOAZ) | 77,000.00 |
| FORER, HASSIA (BOAZ) | 45,557.50 |
| FORN, NEIL/SUSAN SHAPIRO | 200,000.00 |
| FOSTER, MARK & KATHLEEN | 77,500.00 |
| FOX, MARSHA & DOUGLAS WICKS WALKER | 108,244.97 |
| FRASER, LAWRENCE & DEBORAH | 100,000.00 |
| FRASER, NEIL E. | 498,231.94 |
| GEDALYAHO, ISAAC | 153,000.00 |
| GERLIS, HAROLD | 120,000.00 |
| GILDERSLEEVE, JANET | 88,500.00 |
| GLICKMAN, WENDY REINIS | 25,000.00 |
| GREENBERG, LOIS | 170,000.00 |
| GREER, CELESTE | 110,300.00 |
| GROSS, EDITH (IRA) | 46,692.14 |
| GROSS, HOWARD & SHARON MALONEY | 458,329.50 |
| GROSSFELD, KENNETH & MARIE (WEB HOSTING PTSHP) | 314,579.25 |

SCANNED

| | |
|---|---|
| HAMMER CONSULTING LTD | 300,000.00 |
| HAMMER, DIANA | 89,600.00 |
| HAMMER, KEVIN (FAR GONE INC PENSION) | 91,517.65 |
| HAMMER, LAUREN | 89,600.00 |
| HARRINGTON, NUNEI | 45,000.00 |
| HARRIS, SAM | 500,000.00 |
| HARRIS, STEPHEN J.T. (SLH HOLDINGS LTD) | 925,000.00 |
| HARRIS, SUSAN TTEE (SUSAN HARRIS FAMILY TRUST 1988) | 7,000,000.00 |
| HAUSER, COLE | 50,000.00 |
| HAWKEN, PAUL G. | 1,227,503.36 |
| HAWKEN, PAUL G. (IRA) | 63,500.00 |
| HAWKEN, PAUL G. (PENSION) | 213,194.99 |
| HAWKEN, PAUL G.TTEE (JONATHAN HAWKEN TST) | 27,853.62 |
| HAYWARD, FRED & MARY | 50,000.00 |
| HEINEMAN, LINDA (DUBLIN 3 TRUST) | 116,243.74 |
| HEINEMAN, LINDA (JD HARRIS TRUST) | 450,000.00 |
| HEMSANI, MOISES | 200,000.00 |
| HERMAN, RICHARD (RIDIC TRADING) | 234,339.83 |
| HILL, CAMILLE LONG (TRUST) | 49,800.00 |
| HOFFMAN, ALLAN S. & KARLA | 650,000.00 |
| HOFFMAN, SELMA | 371,787.46 |
| HONIKMAN, BASIL & LINDA | 105,007.00 |
| HOWARD, LISA | 100,000.00 |
| HUELSMAN, DOROTHY ROSE (FAMILY TRUST) | 104,994.80 |
| ISHAM, MARK & DONNA | 1,595,000.00 |
| JACKSON, ASHLEY | 83,871.48 |

SCANNED

SCANNED

| | |
|---|---|
| JACKSON, PARIS | 50,000.00 |
| JACKSON, RIC & CINDY | 3,327,100.00 |
| JASTROW, TERRY & ANNE ARCHER | 500,000.00 |
| JOHNSON, KATE EDELMAN | 900,000.00 |
| JOHNSTON, ANDREW S. (JOHNSTON BROS INC) | 200,000.00 |
| JOHNSTON, ANDREW S. (QUINTO FARMS) | 225,000.00 |
| JOHNSTON, TERRY N. | 200,000.00 |
| JUDD, CAROLYN | 99,050.00 |
| KANAT, JOLIE | 66,000.00 |
| KAPLAN, MICHAEL & ANITA | 5,700,000.00 |
| KARCZEWSKI, MATEUSZ & HANNA (MERIT CONSULTANTS) | 80,000.00 |
| KAUFMAN, HAL | 208,000.00 |
| KAVNER, ROBERT | 3,000,000.00 |
| KERN, HUGH J. & PAULETTE | 500,000.00 |
| KEZBAUM, IVAN (GREAT EXPECTATIONS) | 1,582,000.00 |
| KEZBAUM, LAURIE STAR | 344,700.00 |
| KEZSBOM, IVAN (NATIONWIDE TITLE CLEARING) | 1,349,263.22 |
| KILLPATRIC, WILLIAM (TOPVIEW LLC) | 9,953,025.00 |
| KIRSH, BERNARD & JILL | 120,000.00 |
| KRISTIE, GEORGE | 233,200.00 |
| KRISTIE, GEORGE & RAMIE | 1,000,000.00 |
| KUGLER, BETH ROSE | 209,300.00 |
| KUHLMAN-BROWN, LINDA | 100,000.00 |
| KWIKER, LOUIS (SB INVESTORS) | 500,000.00 |
| LAING, R.E. BURT IRA | 231,494.71 |
| LANDAU, YAEL/MICHELLE LANDAU/ASAF LANDAU | 290,981.58 |

SCANNED

| | |
|---|---|
| LANDAU, YAEL/MICHELLE LANDAU/ASAF LANDAU IRA | 47,468.79 |
| LARSON, ALAN & JANET | 385,000.00 |
| LARSON, KAREN C. | 500,000.00 |
| LEE, JEFFREY & SHERENE | 11,500.00 |
| LEIBOVIT, MARK (IRA) | 108,137.83 |
| LEIBOVIT, MARK (VR TRADER.COM) | 139,000.00 |
| LEMBERGER, DANIEL & TAMI | 60,000.00 |
| LEVI, ILAN & BARBARA TTE (LEVI FAMILY TRUST) | 150,000.00 |
| LIBBEY, ERIC | 150,000.00 |
| LICHTENBERG, MATTHEW (EARLE TONES MUSIC) | 625,000.00 |
| LINSON, ART | 750,000.00 |
| LINSON, ART (ART LINSON PRODUCTIONS) | 530,133.32 |
| LISKA, MICHAEL & CAROLYN | 695,000.00 |
| LIVINGSTON, MARTY & ANITA (PEPI CHIROPRACTIC IRA) | 72,253.02 |
| LOB, DAVID & MICHELLE | 175,000.00 |
| LOTZ, TREY (FIELD MINISTRY) | 15,000.00 |
| LOUW, KRYSTYNA | 9,000.00 |
| LUDWIG, TIMOTHY & ELIZABETH | 136,000.00 |
| LUSTGARTEN, MORIS | 28,000.00 |
| LUZZI, CARMELA | 75,000.00 |
| MANCUSO, MICHAEL (MS COMMUNICATIONS) | 200,000.00 |
| MARDIGIAN, RONALD (IRA) | 500,000.00 |
| MARGO, ROD DAVID | 50,000.00 |
| MARIK, JAROSLAV & JIRINA | 260,000.00 |
| MARIK, JAROSLAV (IRA) | 377,357.15 |
| MARINO, GENNARO & KIM | 54,500.00 |

| | |
|---|---|
| MARSH, ED (BONA FIDE FIN) | 608,000.00 |
| MARSH, EDWARD | 1,064,497.00 |
| MAYER, JAMES & KRISTINE | 188,223.93 |
| MCGAHEE, MICHAEL & DENISE | 100,000.00 |
| MELROSE, RICHARD & PENNY | 40,000.00 |
| METZLER, CHARLOTTE (IRA) | 151,150.61 |
| METZLER, ROBERT & CHARLOTTE | 1,717,336.35 |
| METZLER, ROBERT (IRA) | 262,856.38 |
| MILGRIM, HALE & ANNE (COMMUNITY FAMILY TRUST) | 448,332.00 |
| MILLER, STEVE & ASTRID | 180,167.31 |
| MILLER, STEVE (SIRI) | 224,650.00 |
| MINKOFF, DAVID & SUE | 244,507.96 |
| MORFOPOULOS, GREG & CATHY | 60,000.00 |
| MORGANSTEIN, GARY & KATHRYN | 133,384.95 |
| MORSE, DAVID & CAROL | 930,000.00 |
| MULLIN, TERRY (FAMILY TRUST) | 6,000,000.00 |
| MURGATROYD, CHELSEA | 22,500.00 |
| MURGATROYD, JACK W. | 22,500.00 |
| NAPIER, JOHN MICHAEL | 40,000.00 |
| NASH FAMILY LIMITED PARTNER | 480,000.00 |
| NASH, ROBERT E. TTE (ILLINOIS VALLEY PATHOLOGISTS) | 271,000.00 |
| NELSON, DUANE C. | 50,000.00 |
| NOVITSKY, BRANDON | 36,800.00 |
| NOVITSKY, CARA | 2,000.00 |
| NOVITSKY, ETHAN | 17,340.00 |

SCANNED

| | |
|---|---|
| NOVITSKY, NORM | 722,000.00 |
| NOVITSKY, NORM (GLOBAL VISION PICTURES) | 313,000.00 |
| OCKRIM, FRED & SHERRI | 50,000.00 |
| OCKRIM, FRED (IRA) | 271,800.00 |
| OCKRIM, SHERRI (IRA) | 11,050.00 |
| O'DONNELL, KEVIN & MARYANN | 3,078,226.49 |
| OHL, CHARLES (IRA) | 104,800.00 |
| ORR, BARBARA | 400,000.00 |
| PAGEL, MARY JO (PENSION) | 300,000.00 |
| PARSELLE, JOHN (MAKAULI PTY LTD) | 414,919.51 |
| PEARLMAN, JOSEPH | 150,000.00 |
| PEARLMAN, MAXINE | 200,000.00 |
| PEENS, LOUIS & HEIDI | 153,594.35 |
| PERRY, STEVE (DYNOTECH LTD) | 191,975.00 |
| PETERSON, RICK MD & VIKKI | 131,020.00 |
| PETTIT, BRADFORD & ELIZABETH/EMILY/SARAH | 43,500.00 |
| PHILLIPS, MICHAEL & ELENA | 189,714.47 |
| PHILLIPS, MICHAEL & ELENA (IRA) | 225,928.93 |
| PHILLIPS, NEIL | 51,000.00 |
| PICCONE, ENZO | 70,128.38 |
| PODELL, ANTHONY | 5,050,000.00 |
| POITRAS, JOHN | 15,000,000.00 |
| POOK, RONALD & JOSEPHINE | 184,128.21 |
| PORT, JOANNA REINIS | 25,000.00 |
| POWER, MAUREEN WOOD | 89,982.30 |
| PRICE, ROBERT & ELLEN | 147,500.00 |

SCANNED

SCANNED

| | |
|---|---|
| RAKOW, JAY & BESS | 50,000.00 |
| RAKOW, PETER | 40,000.00 |
| RAKOW, ROBERT & KAREN (HIGHLANDS GROUP PENSION) | 64,000.00 |
| RAMAGE, RANDY & ELIEEN | 149,980.00 |
| REIBEN, LAURA | 310,750.00 |
| REINIS, HILARY | 25,000.00 |
| REINIS, MICHAEL | 25,000.00 |
| REINIS, RICHARD (IRA) | 124,655.91 |
| REINIS, ROBERT | 48,500.00 |
| REITZE, THOMAS (IRA) | 243,527.78 |
| RETURN ON MANAGEMENT CAPITAL LLC | 71,365.00 |
| RIBISI, ALBERT A. | 139,000.00 |
| RIBISI, ANTONIO GIOVANNI | 252,392.00 |
| RIBISI, MARIAH O'BRIEN | 36,000.00 |
| RICHARDS, MARJORIE MORSE | 200,000.00 |
| ROCKOFF, HARRY M.D. | 387,000.00 |
| ROOK, NINA (IRA) | 10,500.00 |
| ROOK, THOMAS & NINA | 49,838.28 |
| ROOK, THOMAS (IRA) | 93,850.00 |
| ROOK, THOMAS (MEYEROWITZ-ROOK CHIRO) | 115,194.00 |
| ROOK, THOMAS E. SR. (IRA) | 116,096.40 |
| ROSENKRANZ, THELMA L. | 60,000.00 |
| ROSMAN, RICHARD (LEWINTER & ROSMAN) | 165,000.00 |
| ROUNDS, RALPH COOPER (TRUST II) | 70,000.00 |
| ROUNDS, RALPH COOPER (TRUST) | 520,000.00 |

| | |
|---|---|
| RUBIN FAMILY SUPPORT FD (JEWISH FED OF METRO DETROIT) | 352,389.15 |
| RUBIN, IRVING | 1,365,045.00 |
| SAFIRSTEIN, SUSAN | 400,000.00 |
| SAMKO, PETER J. & MARY ANN | 106,922.00 |
| SAMKO, PETER J. & MARY ANN (IRA) | 273,910.15 |
| SANDERS, ROGER (EFFECTIVE GRAPHICS) | 976,818.78 |
| SATZINGER DESIGN, INC. | 130,000.00 |
| SATZINGER, JAMES & MURIEL | 86,500.00 |
| SCARPA, JOHN | 7,000,000.00 |
| SCHENKELBERG, CATHY | 82,000.00 |
| SCHEPPS, KATHRYN | 50,000.00 |
| SCHWARTZ, JEFFREY (DEBRA) | 25,000.00 |
| SCHWARTZ, JEFFREY (JASON) | 24,000.00 |
| SCHWARTZ, JEFFREY (MATTHEW) | 21,500.00 |
| SEELIGSON, JULIANA | 100,000.00 |
| SEXTON, ALLAN D. | 101,000.00 |
| SHEPHERD, SCOTT & LINDA | 104,700.00 |
| SHERIDAN, JILL | 35,000.00 |
| SHIELDS, J. CRAIG III & REBECCA | 468,000.00 |
| SHIPPONY, ILANA & ZVI | 140,000.00 |
| SLATKIN, BARBARA J. (EVAN MADIX) | 5,379.00 |
| SLATKIN, BARBARA J. (FKA BARBARA MADIX) | 146,870.00 |
| SLATKIN, BARBARA J. (MICHAELLA MADIX) | 5,379.00 |
| SLAUGHTER, DAVID & BENNETTA | 500,000.00 |
| SNOW, TOM & MARY BELLE | 1,740,616.91 |
| SPENCER, BARBARA | 87,000.00 |

SCANNED

SCANNED

| | |
|---|---|
| SPINNER, HOWARD (PROFIT SHARING) | 172,878.93 |
| STEDMAN WEST FAMILY PARTNERSHIP | 7,944,731.00 |
| STEDMAN, STUART WEST | 632,817.00 |
| STERLING, ROBERT J. (IRA) | 170,105.00 |
| STERLING, ROBERT J. (SEP/IRA) | 28,555.00 |
| STERN, MICHAEL S. | 500,000.00 |
| SUDALNIK, ROBERT & SUZANNA | 136,745.00 |
| SUDALNIK, ROBERT & SUZANNA (JESSICA & ALEXANDER) | 52,000.00 |
| SUDALNIK, SUZANNA (IRA) | 82,553.07 |
| SUNNYSIDE INVESTMENTS (C/O BOB LAROSE) | 444,022.40 |
| SYDNEY, LOREN C. | 12,000.00 |
| TAUSSIG, JOHN & JUDITH | 143,000.00 |
| THOMAS, SEYMOUR JR & ANN | 85,000.00 |
| TREGANOWEN, LAURIE JANE | 53,050.00 |
| TUCHMAN, KENNETH D. | 2,000,000.00 |
| TURBIN, ALAN (AFFILIATED TECHNOLOGIES LTD) | 310,000.00 |
| ULAN, FRED (IRA) | 104,227.01 |
| VALLENILLA, DIEGO | 310,000.00 |
| WALTON, ELIZABETH ORR | 185,000.00 |
| WALTON, ELLEN CARROLL | 410,000.00 |
| WALTON, ISABEL BLAIR | 160,000.00 |
| WALTON, JAMES LARIMER | 174,500.00 |
| WALTON, JAMES M. SR. | 1,515,000.00 |
| WALTON, JOSEPH C JR | 136,950.00 |
| WALTON, JOSEPH C. (JAMES W III) | 39,000.00 |
| WALTON, MARY T. (MARY OPHELIA WALTON) | 9,000.00 |

SCANNED

| | |
|---|---|
| WALTON, RACHEL MARGAURITE | 169,700.00 |
| WEBER, BENNETT (DAVID WEBER OIL) | 300,000.00 |
| WEILAND, JANET | 79,379.23 |
| WELLS, THEODORE & ELLEN HYRNE | 22,425.00 |
| WELLS, THEODORE (NICHOLAS) | 50,000.00 |
| WEST, WESLEY & NEVA (FOUNDATION) | 4,242,741.00 |
| WEST, WESLEY (FLEX PTNRSHP) | 2,567,000.00 |
| WEST, WESLEY (WEST MINERALS LTD) | 3,000,000.00 |
| WEVER, DONALD (IRA) | 165,650.00 |
| WHEELER, ELLYN (CHARLES F. WHEELER) | 91,599.70 |
| WHEELER, ELLYN (ELIZABETH B. WHEELER TRUST)) | 90,800.00 |
| WILEY, LAWRENCE J. & PEGGY | 47,000.00 |
| WILLARDSON, GREG & JUDY | 44,000.00 |
| WILNER, NEIL & EVE (IRA) | 299,581.95 |
| WILSON, HARRY (GALAXY SCIENTIFIC) | 500,000.00 |
| WISE, NANCY ROBY (IRA) | 63,728.65 |
| WISE, RANDALL (IRA) | 102,944.98 |
| WITT, PAUL J | 7,000,000.00 |
| WITT, PAUL J (SPARE CHANGE) | 500,000.00 |
| WOOD, ALASTAIR N. | 70,000.00 |
| WRIGHT, IRIS | 159,079.84 |
| WRIGHT, KEN & AMANDA | 303,909.55 |
| YOH, JAMES & JULIE | 150,000.00 |
| YOUNG, BONNIE W. | 100,000.00 |
| YOUNG, BRINTON & CATHERINE | 924,879.19 |
| YOUNG, ROBERT | 144,130.00 |

| | |
|---|---|
| ZAKAY, DAN & URI | 39,500.00 |
| ZALCBERG, IRWIN | 650,000.00 |
| ZERDEN, HERB & HELEN | 3,300,000.00 |
| **TOTAL** | **$240,295,910.21** |

SCANNED

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - SENTENCING AND JUDGMENT**

SCANNED

Case No. CR 02-313-MMM Date September 2, 2003

Present: The Honorable MARGARET M. MORROW

| ANEL HUERTA | DAVID SALYER | STEVE OLSON |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| Defendant | Prsnt | Cust | Bond | Counsel for Defendant | Retd. | DFPD | Panel |
|---|---|---|---|---|---|---|---|
| 1. REED E. SLATKIN | ✘ | ✘ | | 1. BRIAN SUN | ✘ | | |

**PROCEEDINGS: SENTENCING AND JUDGMENT**

✘ Refer to Judgment and Probation/Commitment Order; and see below.

Daniel W. Jacobs is sworn and testifies.

It is ordered that the defendant shall pay to the United States a special assessment of $1,500, which is due immediately.

It is ordered that the defendant shall pay restitution in the total amount of $240,295,910 pursuant to 18 USC 3663A.

Restitution shall be paid in full immediately.

The amount of restitution ordered shall be paid as set forth on the list attached to this judgment. If the defendant makes a partial payment, each payee shall receive approximately proportional payment unless another priority order or percentage payment is specified in this judgment.

The defendant shall comply with General Order No. 01-05.

Pursuant to Section 5E1.2(e) of the Guidelines, all fines are waived as it is found that the defendant does not have the ability to pay a fine in addition to restitution.

Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, Reed E. Slatkin, is hereby committed on Counts 1 through 15 of the Indictment to the custody of the Bureau of Prisons to be imprisoned for a term of 168 months.

This term consists of 60 months on each of Counts 1 through 8, and 15 of the Indictment; 120 months on each of Counts 9 through 13 of the Indictment; and 48 months on Count 14 of the Indictment. Counts 1 through 8, and 15 shall be concurrent with each other and concurrent with Counts 9 through 14. Counts 9 through 13 shall be concurrent with each other. Count 14 shall be consecutive to the sentences imposed on Counts 1 through 8, 15, and 9 through 13.

Upon release from imprisonment, the defendant shall be placed on supervised release for a term of three years under the following terms and conditions:

This term consists of three years on each of Counts 1 through 15, all such terms to run concurrently.

1. The defendant shall comply with the rules and regulations of the U. S. Probation Office and General Order 318;
2. The defendant shall participate in outpatient substance abuse treatment and submit to drug and alcohol testing, as instructed by the Probation Officer. The defendant shall abstain from using illicit drugs, using alcohol, and abusing prescription medications during the period of supervision;
3. As directed by the Probation Officer, the defendant shall pay all or part of the costs for defendant's drug treatment to the aftercare contractor during the period of community supervision, pursuant to 18 USC 3672. The defendant shall provide payment and proof of payment as directed by the Probation Officer;

4. During the period of community supervision the defendant shall pay the special assessment and restitution in accordance with this judgment's orders pertaining to such payment;

5. The defendant shall perform 1000 hours of community service, as directed by the Probation Officer;

6. The defendant shall not be employed wherein he has custody, control or management of other persons' funds, or in any capacity wherein he has custody, control or management of his employer's funds; and

7. The defendant shall not be employed in any position that requires licensing and/or certification by any local, state or federal agency without prior approval of the Probation Officer.

SCANNED

The Court recommends that the defendant be considered by the Bureau of Prisons for a drug treatment program if the Bureau of Prisons determines that such treatment is justified on the basis of its own screening of the defendant.

The Court recommends placement in a facility located in Southern California.

**The Court further directs the defendant be maintained at the Metropolitan Detention Center till his designation.**

_X_ Defendant informed of right to appeal - WAIVED.
_X_ Filed and distributed judgment. Issd JS-3. ENTERED.

cc: USM
FISCAL
U.S. Pretrial
U.S. Probation

# NOTICE PARTY SERVICE LIST

**Case No.** CR 02-313-MMM **Case Title** USA VS SLATKIN

**Title of Document** J&C

| | |
|---|---|
| | Atty Sttlmnt Officer |
| | BAP (Bankruptcy Appellate Panel) |
| | Beck, Michael J (Clerk, MDL Panel) |
| | BOP (Bureau of Prisons) |
| | Calderon, Arthur - Warden, San Quentin |
| | CAAG (California Attorney General's Office - Keith H. Borjon, L.A. Death Penalty Coordinator) |
| | CA St Pub Defender (Calif. State PD) |
| | Case Asgmt Admin (Case Assignment Administrator) |
| | Catterson, Cathy (9th Circuit Court of Appeal) |
| | Chief Deputy Adm |
| | Chief Deputy Ops |
| | Clerk of Court |
| | Death Penalty H/C (Law Clerks) |
| | Dep In Chg E Div |
| | Dep In Chg So Div |
| x | Fiscal Section 3 |
| | Intake Supervisor |
| | Interpreter Section |
| | PIA Clerk - Los Angeles (PIALA) |
| | PIA Clerk - Santa Ana (PIASA) |
| | PIA Clerk - Riverside (PIAED) |
| x | PSA - Los Angeles (PSALA) 6 |
| | PSA - Santa Ana (PSASA) |
| | PSA - Riverside (PSAED) |
| | Schnack, Randall (CJA Supervising Attorney) |
| | Statistics Clerk |
| | Stratton, Maria - Federal Public Defender |

| | |
|---|---|
| | US Attorneys Office - Civil Division -L.A. |
| | US Attorneys Office - Civil Division - S.A. |
| | US Attorneys Office - Criminal Division -L.A. |
| | US Attorneys Office - Criminal Division -S.A. |
| | US Bankruptcy Court |
| x | US Marshal Service - Los Angeles 4 |
| | US Marshal Service - Santa Ana |
| | US Marshal Service - Riverside |
| x | US Probation Office 5 |
| | US Trustee's Office |

| | |
|---|---|
| | ***ADD NEW NOTICE PARTY*** **(if sending by fax, mailing address must also be provided)** |

Name:

Address:

*E-mail:

*Fax No.:

* For CIVIL cases only

| | |
|---|---|
| | ***JUDGE / MAGISTRATE JUDGE (list below):*** |
| | |
| | |
| | |
| | |
| | |
| | |

**Initials of Deputy Clerk** ______