1  THOMAS P. O'BRIEN
   United States Attorney
2  CHRISTINE C. EWELL
   Assistant United States Attorney
3  Chief, Criminal Division
   MICHAEL R. WILNER
4  California Bar Number: 156592
        1100 United States Courthouse
5       312 North Spring Street
        Los Angeles, California 90012
6       Telephone: (213) 894-0687
        Facsimile: (213) 894-6269
7       E-mail:    michael.wilner@usdoj.gov
   Attorneys for Plaintiff
8  United States of America

9
                    UNITED STATES DISTRICT COURT
10
                FOR THE CENTRAL DISTRICT OF CALIFORNIA
11

12 UNITED STATES OF AMERICA,        ) No. CR 02-313-MMM
                                    )
13            Plaintiff,            ) NOTICE OF ATTORNEY REASSIGNMENT
                                    ) FOR UNITED STATES
14            v.                    )
                                    )
15 REED SLATKIN,                    )
                                    )
16            Defendant.            )
                                    )
17 _____ )

18
        Plaintiff, United States of America, hereby advises the
19
   court that the above-captioned case has been reassigned to a new
20
   Assistant United States Attorney ("AUSA") as follows:
21

22 |                          | **Name**          | **E-mail Address**         |
   |---------------------------|-------------------|----------------------------|
23 | **Previously Assigned AUSA** | Jaime Guerrero  | jguerrero@foley.com        |
24 |                           |                   |                            |
25 | **Newly Assigned AUSA**   | Michael R. Wilner | michael.wilner@usdoj.gov   |

26 Please make all necessary changes to the court's Case Management/

27 Electronic Case Filing system to ensure that the newly assigned

28

AUSA is associated with this case and receives all e-mails relating to filings in this case.

Dated: August 27, 2008            Respectfully submitted,

                                  THOMAS P. O'BRIEN
                                  United States Attorney

                                  CHRISTINE C. EWELL
                                  Assistant United States Attorney
                                  Chief, Criminal Division

                                       /s/
                                  _____
                                  MICHAEL R. WILNER
                                  Assistant United States Attorney

                                  Attorneys for Plaintiff
                                  United States of America