Michael R. Wilner
Asst. U.S. Attorney
312 N. Spring St., 11th Fl.
Los Angeles, CA 90012
213-894-0687  michael.wilner@usdoj.gov



FILED
CLERK, U.S. DISTRICT COURT
SEP 2 6 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>Plaintiff(s)<br>v.<br><br>Reed E. Slatkin,<br><br>Defendant(s). | CASE NUMBER<br><br>CR 02-313-MMM<br><br>**ORDER ON<br>APPLICATION FOR WRIT OF HABEAS CORPUS**<br><br>X AD PROSEQUENDUM  ☐ AD TESTIFICANDUM |

The Court hereby **ORDERS** the Application for Writ of Habeas Corpus submitted herewith be **GRANTED** and that a Writ of Habeas Corpus ☒ Ad Prosequendum ☐ Ad Testificandum be issued to secure the appearance of:

Name of Detainee:   Reed E. Slatkin

       Alias: _____

on October 28, 2008, at 1:30 p.m., before the Hon. Margaret M. Morrow, United States District Judge.
       *(Date of Appearance)*         (Time)

Dated: SEP 2 6 2008

_Margaret M. Morrow_
U.S. District Judge/~~U.S. Magistrate Judge~~

---