**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) v. | |
| DEFENDANT(S). | **NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 05-01 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

Document Description:

☐ Administrative Record
☐ Exhibits
☐ Other _____

Reason:

☐ Per Court order
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer
☐ Other _____

Date _____

Attorney Name _____

Party Represented _____

G-92 (06/05)  **NOTICE OF MANUAL FILING**