# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

| Case No. | CR 02-00313-MMM | Date | October 28, 2008 |
|---|---|---|---|

| Present: The Honorable | MARGARET M. MORROW |
|---|---|
| Interpreter | |

| ANEL HUERTA | MARK SCHWEITZER | MICHAEL WILNER |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Prsnt | Cust. | Bond | Attorneys for Defendants: | Prsnt | App. | Ret. |
|---|---|---|---|---|---|---|---|
| REED E. SLATKIN | ✔ | ✔ | | FREDERICK D. FRIEDMAN | ✔ | | ✔ |

**Proceedings:**   GOVERNMENT'S RULE 35(B) MOTION

The court having carefully considered the papers and the evidence submitted by the parties, and having heard the oral argument of counsel, the court denies the government's Rule 35(B) motion.

As stated on the record, portions of this transcript are sealed.

01 : 35

CR-11 (09/98)  **CRIMINAL MINUTES - GENERAL**  Initials of Deputy Clerk AH