PROB 12
(Rev. 11/04)

# United States District Court
for
CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
JAN - 7 2014
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

U.S.A. VS. REED E. SLATKIN                                    Docket No. 02-00313-MMM

**Petition on Probation and Supervised Release (Modification)**

COMES NOW MICHELLE A. CAREY, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of REED E. SLATKIN who was placed on supervision by the Honorable MARGARET M. MORROW sitting in the Court at Los Angeles, California, on the 2nd day of September 2003, who fixed the period of supervision at three years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

(SEE ATTACHED COPY/COPIES OF JUDGMENT AND PROBATIONARY ORDER/ORDERS.)

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**
(If short insert here; if lengthy write on separate sheet and attach.)

Mr. Slatkin and his defense counsel consent to the proposed modification and waive appearance before the Court.

**PRAYING THAT THE COURT WILL ORDER**

1. Reed E. Slatkin, as a special condition of supervision, shall submit to one drug test within 15 days of release from imprisonment, and at least two tests thereafter, not to exceed eight tests per month, as directed by the Probation Officer.
2. As directed by the Probation Officer, the defendant shall participate in mental health treatment, which may include evaluation and counseling, until discharged from treatment by the treatment provider, with the approval of the Probation Officer.
3. As directed by the Probation Officer, the defendant shall pay all, or part of, the costs of mental health treatment to the aftercare contractor during the period of community supervision, pursuant to 18 USC 3672. The defendant shall provide payment and proof of payment as instructed by the Probation Officer.

| ORDER OF COURT | Respectfully, |
|---|---|
| Considered and ordered this 7th day of Jan, 2014 and ordered filed and made a part of the records in the above case. _Margaret M. Morrow_ | CHRISTOPHER L. QUICI |
| United States District Judge | U. S. Probation Officer |
| Margaret M. Morrow | Place Ventura, California |
| | Brandon Schneider for |
| | Approved: RANDALL S. LIMBACH |
| | Supervising U. S. Probation Officer |
| | Date November 20, 2013 |