PROB 12
(Rev. 11/04)

# United States District Court
for
CENTRAL DISTRICT OF CALIFORNIA



FILED
CLERK, U.S. DISTRICT COURT
08/13/2015
CENTRAL DISTRICT OF CALIFORNIA
BY: AH   DEPUTY

U.S.A.   VS.   Reed E Slatkin                                    Docket No. CR02-00313-MMM

### Petition on Probation and Supervised Release (Termination by Death)

COMES NOW MICHELLE A. CAREY, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of <u>Reed E Slatkin</u> who was placed on supervision by the Honorable <u>Margaret M. Morrow</u> sitting in the court at <u>Los Angeles</u>, on the <u>2nd</u> day of <u>September</u>, <u>2003</u>, who fixed the period of supervision at <u>three years</u>, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special terms and conditions as noted on the attached Judgement and Commitment Orders.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

(If short insert here; if lengthy write on separate sheet and attach.)

On June 20, 2015, the above-named supervisee died as verified by the Probation Officer.

**PRAYING THAT THE COURT WILL ORDER** supervision terminated.

ORDER OF COURT
Considered and ordered this <u>13th</u> day of <u>August</u>, 20<u>15</u> and ordered filed and made a part of the records in the above case.

_____
United States District Judge
Honorable Margaret M. Morrow

Respectfully,
JEANIE BLODGETT
U. S. Probation Officer
Place:   Los Angeles, California
Approved:   CURTIS SAMSON
Supervising U. S. Probation Officer
Date:   August 10, 2015